**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

No. 12-7110

———————

DOUGLAS G. WHITFIELD,

             Plaintiff - Appellant,

       v.

OFFICER LEE; OFFICER STANCIL; LIEUTENANT SMITH,

             Defendants - Appellees,

       and

DICK JENKINS, Sheriff; RANDLE SMITH, Lieutenant; DARREL
LAND, Detective,

             Defendants.

———————

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.  James C. Dever, III,
Chief District Judge. (5:10-ct-03151-D)

———————

Submitted:  November 20, 2012      Decided:  November 26, 2012

———————

Before TRAXLER, Chief Judge, and SHEDD and FLOYD, Circuit
Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Douglas G. Whitfield, Appellant Pro Se.   Sonny Sade Haynes,
WOMBLE CARLYLE SANDRIDGE & RICE, PLLC, Winston-Salem, North
Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Douglas G. Whitfield appeals the district court's order granting summary judgment to the defendants on his claims filed pursuant to 42 U.S.C. § 1983 (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Whitfield v. Lee, No. 5:10-ct-03151-D (E.D.N.C. June 22, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED